# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156270(74)(76)

WILLIAM R. HENDERSON and All Others
Similarly Situated,
               Plaintiffs-Appellants,

v

CIVIL SERVICE COMMISSION and
DEPARTMENT OF CORRECTIONS,
               Defendants-Appellees.
_____/

SC: 156270
COA: 332314
Ingham CC: 15-000645-AA

        On order of the Chief Justice, the joint motion of Service Employees International Union Local 517M and the Michigan State Employees Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 19, 2018, is accepted for filing. On further order of the Chief Justice, the joint motion of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America and UAW Local 6000to file a brief amicus curiae is GRANTED. The amicus brief submitted on July 20, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk